# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 28, 2018

By ECF

The Honorable Edgardo Ramos,
   United States District Court for the
      Southern District of New York,
         40 Foley Square,
           New York, New York 10007.

         Re:   *Christopher Rollins* v. *Goldman Sachs & Co. LLC, et al.*,
              No. 18-cv-7162 (ER) (GWG)

Dear Judge Ramos:

        We represent Defendants in this action. Yesterday evening, at 5:34 p.m., we filed a pre-motion conference letter pursuant to Rule 2.A.ii of the Court's Individual Practices. Exhibit A to that letter, Docket No. 12–1, contains several names that, consistent with the convention of redactions set forth in the Complaint, should have been redacted but inadvertently were not. We respectfully request that the previously-filed unredacted version of Exhibit A to the pre-motion conference letter be filed under seal and that the Court consider the document attached to this letter (which codes the redactions to correspond to the convention of redactions set forth in the Complaint) as Exhibit A to the pre-motion conference letter. We apologize, and thank the Court for its consideration.

                                  Respectfully,

                                  Theodore O. Rogers, Jr.

cc:  Matthew J. Press, Esq. (By ECF)
     (Law Office of Matthew J. Press)

     Seth Eric Redniss, Esq. (By ECF)
     (Redniss & Associates, LLC)