UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
CHRISTOPHER ROLLINS,

                Plaintiff,

      v.

GOLDMAN SACHS & CO. LLC,
GOLDMAN SACHS GROUP, INC.,
GOLDMAN SACHS INTERNATIONAL,
GOLDMAN SACHS SERVICES
LIMITED, and JAMES P. ESPOSITO,

                Defendants.
------------------------------------------------------- x

18 Civ. 7162 (ER) (GWG)

## NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS OR, IN THE ALTERNATIVE, TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon (i) Defendants' Memorandum of Law in Support of Defendants' Motion To Compel Arbitration and Stay Proceedings or, in the Alternative, To Dismiss the Amended Complaint, (ii) the Declaration of Theodore O. Rogers, Jr., dated October 25, 2018, and the exhibits attached thereto, and (iii) all prior pleadings and proceedings had herein, Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, Goldman Sachs Services Limited, and James P. Esposito will move this Court, before the Honorable Edgardo Ramos, United States District Judge, in Courtroom 619, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time designated by the Court, for an Order granting Defendants' Motion To Compel Arbitration and Stay Proceedings or, in the Alternative, To Dismiss the Amended Complaint.

-2-

Date: October 25, 2018
New York, New York

Respectfully,

*[signature]*

Theodore O. Rogers, Jr.
Matthew J. Porpora
Kate L. Doniger
Jacob G. Singer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendants*

-3-

## CERTIFICATE OF SERVICE

I certify that on October 25, 2018 copies of the foregoing Defendants' Notice of Motion To Compel Arbitration and Stay Proceedings or, in the Alternative, To Dismiss the Amended Complaint and the accompanying Memorandum of Law and Declaration of Theodore O. Rogers, Jr., were filed electronically through the Court's CM/ECF system, which will send a notification of this filing by e-mail to the below individuals:

Matthew J. Press
LAW OFFICE OF MATTHEW J. PRESS
405 Lexington Avenue, 7th Floor
New York, NY  10174

Seth Eric Redniss
REDNISS & ASSOCIATES, LLC
375 Greenwich Street
New York, NY  10013

                                                                       Theodore O. Rogers, Jr.