UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CHRISTOPHER ROLLINS,                             :
                                                 :
                      Plaintiff,                 :
                                                 :
       v.                                        :
                                                 :   18 Civ. 7162 (ER) (GWG)
                                                 :
GOLDMAN SACHS & CO. LLC,                         :
GOLDMAN SACHS GROUP, INC.,                       :
GOLDMAN SACHS INTERNATIONAL,                     :
GOLDMAN SACHS SERVICES                           :
LIMITED, and JAMES P. ESPOSITO,                  :
                                                 :
                      Defendants.                :
---------------------------------------------------------- x

## DECLARATION OF THEODORE O. ROGERS, JR.

I, Theodore O. Rogers, Jr., hereby affirm under oath that the following is true and correct:

1. I am a member of Sullivan & Cromwell LLP, attorneys for Defendants in this action, and of the Bar of the State of New York. I make this Declaration in order to place before this Court certain documents and information referred to in Defendants' Memorandum of Law in Support of Defendants' Motion To Compel Arbitration and Stay Proceedings or, in the Alternative, To Dismiss the Amended Complaint ("Defendants' Memorandum"), all of which were referred to in the Amended Complaint.

2. Attached hereto are copies of the following documents:

    a. Exhibit A – Plaintiff's Managing Director Agreement, dated November 18, 2010

    b. Exhibit B – Plaintiff's Employment Agreement with Goldman Sachs International, dated September 6, 2016

    c. Exhibit C – Letter from James P. Esposito to Christopher Rollins, dated November 7, 2016

-2-

    d.    Exhibit D – Form L, filed with the Bank of England Prudential Regulation Authority, dated November 15, 2016

    e.    Exhibit E – Form U5, filed with the Financial Industry Regulatory Authority, dated March 7, 2017

    f.    Exhibit F – Letter from Eric A. Dias to Christopher Rollins, dated December 28, 2017

    g.    Exhibit G – Letter from Eric A. Dias to Christopher Rollins, dated March 14, 2018

    h.    Exhibit H – Letter from Goldman Sachs Services Limited to HireRight Limited, dated May 15, 2018

    i.    Exhibit I – Letter from Alan van Komen to Christopher Rollins, dated August 7, 2018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 25, 2018

Theodore O. Rogers, Jr.