——— REDNISS LLC ———

# MEMO ENDORSED

April 26, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Plaintiff's request for leave to file exhibits containing confidential information under seal is granted.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 04/26/2021
> New York, New York

Re: *Christopher Rollins v. Goldman Sachs & Co. LLC, et al.*
Case No. 18-cv-7162 (ER) (GWG)

Dear Judge Ramos:

We represent Plaintiff in the above-referenced action.

Plaintiff will file his Motion to Vacate the Arbitration Award on April 29, 2021, pursuant to Your Honor's March 21, 2021 Order. To avoid any collateral litigation concerning confidential information, Plaintiff respectfully requests leave to file certain exhibits associated with the motion electronically under seal through the ECF system.

Defendants' counsel does not object to filing confidential information under seal.

Respectfully submitted,

Seth Redniss

cc: All counsel of record (by ECF)