# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

# MEMO ENDORSED

May 17, 2021

> Defendants' request to file under seal certain exhibits filed in the arbitration proceeding is granted.
>
> It is SO ORDERED.   _____
> Edgardo Ramos, U.S.D.J.
> Dated: 05/18/2021
> New York, New York

By ECF

The Honorable Edgardo Ramos,
   United States District Court for the
     Southern District of New York,
      40 Foley Square,
       New York, New York 10007.

     Re:   *Christopher Rollins* v. *Goldman Sachs & Co. LLC, et al.*,
          No. 18-cv-7162 (ER) (GWG)

Dear Judge Ramos:

        On behalf of all Defendants in the above-referenced action and pursuant to Rule 3.B of the Court's Individual Practices, we write to request leave to file under seal certain exhibits that Defendants will submit in support of their Memorandum of Law in Further Support of Defendants' Motion To Lift Stay and Confirm Arbitration Award, and in Opposition to Plaintiff's Cross-Motion To Vacate Arbitration Award, which will be filed on May 20, 2021, in accordance with the governing schedule. (*See* Mar. 18, 2021 Minute Order.)

        On April 26, 2021, the Court granted "Plaintiff's request for leave to file exhibits containing confidential information under seal" in connection with Plaintiff's Motion To Vacate Arbitration Award (ECF No. 44), and Plaintiff thereafter filed a number of exhibits and other materials filed in the arbitration proceeding under seal. The exhibits Defendants propose to file under seal, similarly, were filed in the arbitration proceeding. Plaintiff does not oppose Defendants' request.

        We thank the Court for its attention.

                                                  Respectfully submitted,

                                                 */s/ Matthew J. Porpora*

                                                 Matthew J. Porpora

cc:   Matthew J. Press, Esq. (By ECF)
      (Law Office of Matthew J. Press)

      Seth Eric Redniss, Esq. (By ECF)
      (Redniss LLC)