**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTOPHER ROLLINS,

                Plaintiff,

-against-

GOLDMAN SACHS & CO. LLC, GOLDMAN
SACHS GROUP, INC., GOLDMAN SACHS
INTERNATIONAL, GOLDMAN SACHS
SERVICES LIMITED, and JAMES P.
ESPOSITO,

                Defendants.
------------------------------------------------------------X

18 **CIVIL** 7162 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2022, Goldman Sachs' motion to confirm the arbitration award is GRANTED, and Rollins' cross-motion to vacate the award is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
        April 21, 2022

                                        **RUBY J. KRAJICK**
                                        Clerk of Court

                    **BY:**
                                        Deputy Clerk